UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1-05-09452-HWV
CECILIA L. LLOYD A/K/A :
CECILLA L. PRIEST A/K/A :
CECELLA L. BARCELLONA :
:
DEBTOR : CHAPTER 7

## ORDER APPROVING SETTLEMENT

Upon review of the Trustee's Motion to Approve Settlement, no objections having been filed, it is hereby ORDERED that the Motion is approved and Trustee is authorized to complete the documentation as set forth in the Motion.

Dated: September 8, 2020  By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (MK)