UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CECILIA L. LLOYD A/K/A
CECILIA L. PRIEST A/K/A
CECILIA L. BARCELLONA

    Debtor

CASE NO. 1-05-09452-HWV

CHAPTER 7

## MOTION FOR APPROVAL OF SALE OF NOTE

And now comes Leon P. Haller, Trustee and moves as follows:

1. Leon P. Haller is the duly acting and qualified Trustee in the above case.

2. Trustee on August 14, 2020, had filed a Motion to Approve Settlement whereby the granddaughters of the decedent, Ashley M. Barcellona and Gabrielle Barcellona (hereafter Barcellonas) would pay the Trustee $12,000.00 over sixty-eight months, interest at four percent, with a payment of $197.52.

3. By Court Order dated September 8, 2020, the settlement was approved.

4. Barcellonas signed a Note and Mortgage dated February 6, 2021, which included the above specified terms.

5. Barcellonas have paid the initial four payments and the Trustee desires to sell the Note and assign the Mortgage. The principal balance through June 15, 2021, is $11,366.77.

6. By taking the above action, the Trustee will be able to file a Final Report and close the case.

7. The Trustee has advertised the Note over the NABT (National Association of Bankruptcy Trustees) website and has contacted a number of possible investors.

8. The Trustee received six offers

9. The highest and best offer is from Donald Klaiber in the sum of $8,500.00. Klaiber would receive credit for any payment made pending court order approving the sale.

WHEREEFORE , Trustee requests approval to sell the Note to Donald Klaiber, or his assigns, for $8,500.00.

By: /s/ Leon P. Haller
Leon P. Haller, Trustee
1719 North Front Street
Harrisburg, PA 17102
(717) 234-4178
lhaller@pkh.com
Attorney ID# 15700

Dated: June 24, 2021