UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 1-05-09452-HWV |
| CECILIA L. LLOYD A/K/A | : |
| CECILIA L. PRIEST A/K/A | : CHAPTER 7 |
| CECILIA L. BARCELLONA | : |
| | : |
| Debtor | : |

**NOTICE**

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE Leon P. Haller, Trustee has filed a Motion for Approval of Sale of Note.

By prior Court Order dated September 8, 2020, the Trustee had obtained approval to obtain a Note and Mortgage from Ashley Barcellona and Gabrielle Barcellona, in the amount of $12,000.00, bearing interest at twelve percent and payable over sixty-eight months, with a monthly payment of $197.52. The Note and Mortgage were signed February 6, 2021. The Trustee had also, in the prior motion, indicated his intent to sell and assign the loan to obtain funds to close the Estate. The balance owing on the Mortgage is $11,366.77.

Trustee intends to sell the Note and assign the Mortgage to Donald Klaiber, or his assigns, for the sum of $8,500.00, with credit to be given for any payment made pending court approval of the Trustee's motion.

If no objection and request for a hearing are timely filed with the Bankruptcy Clerk, Third Floor, Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania, 17101, to the sale of the aforementioned property on the above terms and conditions by **July 15, 2021**, the Court will act on said request without a hearing. If you desire to contest the matter, file a written objection in the form of a responsive pleading and request a hearing. Any filing must conform with the Rules of the Bankruptcy Procedure unless the Court deems otherwise.

| | |
|---|---|
| Leon P. Haller, Trustee<br>1719 North Front Street<br>Harrisburg, PA 17102-2392<br>(717)234-41782<br>lhaller@pkh.com | Clerk<br>U. S. Bankruptcy Court<br>Middle District of PA<br>Ronald Reagan Federal Building<br>Third Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 |

Dated: June 24, 2021