UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:	:
	: CASE NO. 1-05-09452-HWV
CECILIA L. LLOYD A/K/A	:
CECILIA L. PRIEST A/K/A	: CHAPTER 7
CECILIA L. BARCELLONA	:
	:
        Debtor	:

## ORDER APPROVING SALE OF NOTE

Upon review of the Trustee's Motion for Approval of Sale of Note, no objections having been filed, it is hereby ORDERED that the Motion is approved and Trustee is authorized to sell the Note and assign the Mortgage to Donald Klaiber, or his assigns, for the sum of $8,500.00, as more fully set forth in the Motion. Trustee is authorized to complete any necessary documentation.

Dated: July 21, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)